UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASMINE SOHAL,

    Plaintiff,

    v.

DEPARTMENT OF INDUSTRIAL RELATIONS - DIVISION OF WORKERS' COMPENSATION, WCJ/REFEREE AND DOES 1-10,

    Defendants.
_____/

No. C 05-4519 PJH

**JUDGMENT**

    Pursuant to the order signed today, this action is DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

    IT SO ORDERED AND ADJUDGED.

Dated: April 28, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge